**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TINA MCLINTOCK.** | : | |
|         **Plaintiff,** | : | |
| | : | |
|   v. | : | Civ. No. 20-507 |
| | : | |
| **CITY OF PHILADELPHIA** | : | |
| **et al.,** | : | |
|         **Defendants.** | : | |

## ORDER

**AND NOW**, this 3rd day of December, 2020, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 21), Plaintiff's Response (Doc. No. 22), and Defendants' Reply (Doc. No. 23), it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. No. 21) is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of Defendants the City of Philadelphia and David Jones, and against Plaintiff Tina McLintock;

3. The Clerk's Office shall **CLOSE** this case for statistical purposes.

                                                                          **AND IT IS SO ORDERED.**

                                                                          */s/ Paul S. Diamond*
                                                                          _____
                                                                          Paul S. Diamond, J.